# Exhibit A


**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | | |
|---|---|---|
| THE DOOR CHURCH OF McALLEN, INC., | § § § | |
| | § | CASE NO. 7:20-cv-286 |
| Plaintiff, | § § | |
| v. | § § | (Upon removal from the 139th Judicial District Court, Hidalgo County, Texas Cause No. C-2749-20-C) |
| ADT LLC, d/b/a PROTECTION ONE, | § § | |
| | § | (JURY) |
| Defendant. | § | |

**INDEX OF EXHIBITS**

| | |
|---|---|
| Index of Exhibits | **Exhibit A** |
| State Court Citation Corporate | **Exhibit B** |
| State Court Original Petition | **Exhibit C** |
| State Court Docket Control Order | **Exhibit D** |
| State Court Docket Sheet | **Exhibit E** |
| List of All Counsel of Record | **Exhibit F** |

4840-6442-6187 v1